UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                              Criminal No. 09-cr-41-04-JL

<u>Escolastico Suero</u>

<u>O R D E R</u>

    The motion to reschedule jury trial (document no. 41) filed by defendant Escolastico Suero is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  June 26, 2009


cc: Patrick Shanley, Esq.
    Richard F. Monteith, Jr., Esq.
    Liam D. Scully, Esq.
    Debra M. Walsh, AUSA
    Donald A. Feith, AUSA
    U.S. Marshal
    U.S. Probation